AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Steven Nerayoff, an individual <br><br> *Plaintiff(s)* <br> v. <br> The United States Of America, and Special Agent Jordan Anderson, in his official capacity as an agent of the Federal Bureau of Investigation and in his individual capacity <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2025 ★
LONG ISLAND OFFICE

CV 25 2012

CHEN, J.

MARUTOLLO, M.J.

RECEIVED
APR 10 2025
EDNY PRO SE OFFICE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States Of America
271 Cadman Plaza East
Brooklyn NY 11201

REC'D IN PRO SE OFFICE
APR 10 '25 PM 3:11

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Steven Nerayoff
171 Great Neck Road, #4R
New York, NY 11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: April 10, 2025          _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Steven Nerayoff, an individual )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
The United States Of America, and )
Special Agent Jordan Anderson, )
in his official capacity as an agent of the Federal )
Bureau of Investigation and in his individual capacity )
*Defendant(s)* )

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2025 ★
LONG ISLAND OFFICE
RECEIVED
APR 10 2025
EDNY PRO SE OFFICE

CV 25 2012

CHEN, J.

MARUTOLLO, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jordan Anderson
26 Federal Plaza, 23rd Floor
New York, NY 10278-0004

REC'D IN PRO SE OFFICE
APR 10 '25 PM 3:11

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven Nerayoff
171 Great Neck Road, #4R
New York, NY 11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: April 10, 2025                    _____
*Signature of Clerk or Deputy Clerk*