Steven Nerayoff

10 Bond Street

Suite 363

Great Neck, NY 11021

July 17, 2026

Please find proof of personal service to Jordan Anderson plus affidavits and receipts for mailing summons and complaint to Jordan Anderson and the United States of America.

Thank you,

Steven Nerayoff

Case information

> Nerayoff v. The United States of America et al
> Assigned to: Judge Pamela K. Chen
> Referred to: Magistrate Judge Joseph A. Marutollo
> Cause: 28:2671 Federal Tort Claims Act



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————— X

STEVEN NERAYOFF

                  Plaintiff,              Affirmation of Service

   -against-

THE UNITED STATES OF AMERICA and SPECIAL
AGENT JORDAN ANDERSON, in his official capacity    25 \_\_\_ CV 02012 \_\_\_ ( PKC )
as an agent of the Federal Bureau of Investigation and

                 Defendant.
————————————————————— X

I, **CAMDEN WEIS**, declare under penalty of perjury that I have

served a copy of the ~~attached~~ summons and complaint Docs 1 and 3 under the above case number.

upon the United States of America

whose address is: Civil Process Clerk US Attorneys Office   271 Cadman Plaza East Brooklyn NY 11201

by certified mail on July 3, 2025

Dated: 7/7/25
      Great      , New York

_____
Signature

3702 2nd Court
Address

Jupiter, FL 33477
City, State, Zip Code

Affirmation of Service (USDC-EDNY) - January 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEVEN NERAYOFF

                Plaintiff,                Affirmation of Service

-against-

THE UNITED STATES OF AMERICA and SPECIAL
AGENT JORDAN ANDERSON, in his official capacity    25 \_\_\_\_ CV 02012 \_\_\_\_ ( PKC J)
as an agent of the Federal Bureau of Investigation and

               Defendant.
------------------------------------------------------------X

I, __CAMDEN WEIS_____, declare under penalty of perjury that I have

served a copy of the ~~attached~~ summons and complaint Docs 1 and 3 under the above case number.

upon  Special Agent Jordan Anderson in his official capacity

whose address is:  Federal Bureau of Investigation, 26 Federal Plaza, 23rd Flr, New York, NY 10278-0004,

by certified mail on July 3, 2025

Dated: 7/7/25
       Great      , New York

Signature: /s/ Cmd'n. WK

3202 3rd Court
Address

Jupiter, FL 33421
City, State, Zip Code

Civil Action No.   **1:25-cv-02012-PKC-JAM**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  Jordan Anderson
was recieved by me on  7/07/2025:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Charles Edwards(associate Division Councel)**, a person of suitable age and discretion who resides at **26 Federal Plz Floor 23, New York, NY 10278**, on **07/08/2025 at 10:08 AM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 140.00 for services, for a total of $ 140.00.

I declare under penalty of perjury that this information is true.

Date:  07/08/2025

*Server's signature*

**Islam Alaaeldin**
*Printed name and title*

1956 64th st
2f
brooklyn, NY 11204

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; VERIFIED COMPLAINT, to Charles Edwards(associate Division Councel) who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs. I was stopped by security for more than an hour to get the right person to accept then this person came and took a look at the documents, SUMMONS; VERIFIED COMPLAINT, and stated that he is authorized to accept on subject's behalf**




Tracking #: 0176869807

FROM:

Steven Ntrayoff
171 Great Neck Rd. 4R
Great Neck, NY 11021

TO:

Civil Process Clerk
US Attorneys office
271 Cadman Plaza East
Brooklyn, NY 11201

ReadyPost

Expandable Photo Document Mailer
9 3/4" x 12 1/4"



**CERTIFIED MAIL**

9589 0710 5270 0280 8649 17

Sent To: Civil Process Clerk US Attorneys Office
Street and Apt. No., or PO Box No.: 271 Cadman Plaza East
City, State, ZIP+4: Brooklyn, NY 11201

FROM:

Steven Neayett
171 Great Neck Rd 4A
Great Neck, NY 11021

TO:

Jordan Anderson FBI
26 Federal Plaza, 23rd Floor
New York, NY 10278-0004

Expandable Photo Document Mailer
9 3/4" x 12 1/4"

ReadyPost

9589 0710 5270 0280 8649 24

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# CERTIFIED MAIL



9589 0710 5270 0280 8649 24

9589 0710 5270 0280 8649 24

**U.S. Postal Service**
**CERTIFIED MAIL • RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To  Jordan Anderson   FBI
Street and Apt. No., or PO Box No.  26 Federal Plaza, 23rd floor
City, State, ZIP+4®  New York, NY  10278-0004

Postmark Here

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10278    OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0110 9 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $3.10 | 03/2025 |
| Total Postage and Fees | $8.00 | |

Sent To: Jordan Anderson, FBI

Street and Apt. No., or PO Box No.: 26 Federal Plaza, 23rd Floor

City, State, ZIP+4®: New York, NY 10278-0004

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 0280 6498 42

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Brooklyn, NY 11201  OFFICIAL

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $0.08 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)     $ $0.00
- ☐ Return Receipt (electronic)    $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required      $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $3.15

Total Postage and Fees  $8.00

Postmark Here — GREAT NECK PO 11021 — JUL 3 2025 — 07/03/2025

Sent To: Civil Process Clerk US Attorneys Office
Street and Apt. No., or PO Box No.: 271 Cadman Plaza East
City, State, ZIP+4®: Brooklyn, NY 11201

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

9589 0710 5270 0280 8449 17

**ALERT: SEVERE WEATHER AND FLOODING IN THE SOUTHEAST, VIRGINIA, AND THE NORTHE...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052700280864924

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:39 pm on July 9, 2025 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

NEW YORK, NY 10007
July 9, 2025, 12:39 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                           ⌄

**USPS Tracking Plus®**                                                            ⌄

**Product Information**                                                            ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: SEVERE WEATHER AND FLOODING IN THE SOUTHEAST, VIRGINIA, AND THE NORTHE...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700280864917

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:16 am on July 11, 2025 in BROOKLYN, NY 11201.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

BROOKLYN, NY 11201
July 11, 2025, 9:16 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                          ⌄

USPS Tracking Plus®                                           ⌄

Product Information                                           ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**