UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

STEVEN NERAYOFF,

                Plaintiff,

        v.

THE UNITED STATES OF AMERICA, and
SPECIAL AGENT JORDAN ANDERSON, in
his official capacity as an agent of the Federal
Bureau of Investigation and in his individual
capacity,

                Defendants.

-----------------------------------------------------------x

NOTICE OF APPEARANCE

Civil Action No.
1:25-cv-02012-PKC-JAM

PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, JUSTIN S. KIRSCHNER Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel on behalf of Defendants in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York
       September 9, 2025

                        JOSEPH NOCELLA, JR.
                        United States Attorney

By:   */s/Justin S. Kirschner*
       JUSTIN S. KIRSCHNER
       Assistant U.S. Attorney
       718-254-6884
       Justin.Kirschner@usdoj.gov