

Stephen B. Meister
Direct (212) 655-3551
Fax (646) 539-3651
sbm@msf-law.com

September 30, 2025

<u>Via ECF</u>

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Nerayoff v. United States, et al.*, No. 1:25-cv-02012-PKC-JAM

Dear Judge Chen:

My colleague Milton Otto and I filed notices of appearance on behalf of the plaintiff, Steven Nerayoff, in this case yesterday.

We respectfully request until October 13, 2025, to file a letter responding to the letter from the Department of Justice ("DOJ") dated September 9, 2025. We are unaware of any due date by which plaintiff was required to respond to DOJ's letter. We have tried but not yet reached Assistant U.S. Attorney Kirschner and therefore do not know whether defendants object to this request. Plaintiff has not previously requested an adjournment of his time to respond to DOJ's letter.

Respectfully Submitted,

<u>/s/ Stephen B. Meister</u>
MEISTER SEELIG & FEIN PLLC
Stephen B. Meister
Milton Otto
125 Park Avenue, 7th Floor
New York, NY 10017
Tel: (212) 655-3500
Email: sbm@msf-law.com
          mo@msf-law.com

cc: Counsel of Record (via ECF)