

Stephen B. Meister
Direct (212) 655-3551
Fax (646) 539-3651
sbm@msf-law.com

November 24, 2025

**Via ECF**

Hon. Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: ***Steven Nerayoff v. The United States of America, et al.***
      **Civ. Action No. 1:25-cv-02012-PKC-JAM**

Dear Judge Marutollo:

We represent Plaintiff Steven Nerayoff. Pursuant to Part V of Your Honor's Individual Practices and Rules, we write to respectfully request that the Court adjourn the December 1, 2025 deadline to file the Discovery Plan and Scheduling Order and the December 4, 2025 initial conference each by seven days, until December 8, 2025 and December 11, 2025, respectively.

The reason for this request is that my attendance is required at a court-ordered deposition scheduled for the entire day on December 4, 2025 in another matter. This is Plaintiff's first request for an adjournment. Counsel for the Defendant consents to this request. The requested adjournment does not affect any other scheduled dates.

Respectfully Submitted,

*/s/ Stephen B. Meister*
 Stephen B. Meister

cc: Counsel of record (via ECF)