

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2026

By ECF
Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Nerayoff v. United States, et al.*, No. 25-cv-2012 (PKC) (JAM)

Dear Judge Chen:

      This Office represents Defendant United States of America in this case. Defendant respectfully writes in accordance with Your Honor's Minute Entry dated February 2, 2026, which reflects that at the pre-motion conference held the same day, the Court Ordered that "by March 4, 2026, Defendant shall either file a letter stating that they are not pursuing their anticipated motion to dismiss or serve their motion to dismiss on Plaintiff."

      Defendant is not pursuing its previously anticipated motion to dismiss.

      Defendant thanks the Court for its attention to this submission.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    */s/ Justin S. Kirschner*
      Justin S. Kirschner
      Assistant U.S. Attorney
      (718) 254-6884
      Justin.Kirschner@usdoj.gov

cc (via ECF):  All counsel of record.