

# U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 20, 2026

By ECF
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Nerayoff v. United States, et al.*, No. 25-cv-2012 (PKC) (JAM)

Dear Judge Marutollo:

This Office represents Defendant United States of America in this case, in which Plaintiff claims malicious prosecution and seeks damages under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2674-2690 ("FTCA"). The parties write in accordance with Your Honor's Order dated June 25, 2026, which directs the parties to "file a joint status report by July 20, 2026."

The parties last updated the Court on discovery on June 25, 2026. *See* ECF No. 31. The following discovery developments occurred since then.

**Defendant's Production of Documents and Ongoing Review**. Defendant served the first of its rolling production of documents in the possession of the FBI on July 20, 2026. Plaintiff has reviewed the entirety of this production and notes that it is comprised of only 41 pages of material documenting interactions with the FBI solely concerning matters other than the alleged malicious prosecution of Plaintiff at issue in this case. Review of additional documents in the FBI's possession, custody, or control for responsiveness and applicable privileges is ongoing, and productions will continue on a rolling basis.

**Plaintiff's Production Of Documents**. Plaintiff continues to review documents and Electronically Stored Information in his possession, custody, and control for potential production and applicable privileges. No further productions have been made since the parties' last status report.

**Michael Hlady's Devices**. Plaintiff served the U.S. Probation Office for the District of Rhode Island with a subpoena for it to produce Mr. Hlady's laptop. The U.S. Probation Office is in charge of responding to that subpoena. Defendant does not object to that subpoena. The U.S. Probation Office has agreed to produce the laptop and Plaintiff expects to retrieve it this week.

The parties have agreed on initial parameters for the FBI's review of Electronically Stored Information on Mr. Hlady's cell phones. Consistent with the discussion at the May 28, 2026 conference with Your Honor, Defendant is preparing the necessary papers to request Mr.

Hlady's consent to search the contents of his cell phones. Plaintiff maintains it has already obtained Mr. Hlady's consent for Plaintiff to review the contents of his cell phones and it is up to the Government to obtain whatever consent the Government believes necessary. Plaintiff has indicated he does not waive his right to seek additional searches and to seek production of FBI communications with individuals other than Hlady, among other things, but has agreed to do so through additional document requests.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     */s/ Justin S. Kirschner*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov

cc (via ECF): All counsel of record.