**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 25, 2026

By ECF
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Nerayoff v. United States*, No. 25-cv-2012 (PKC) (JAM)

Dear Judge Marutollo:

This Office represents Defendant United States of America in this case, in which Plaintiff claims malicious prosecution and seeks damages under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2674-2690 ("FTCA"). The parties write in accordance with Your Honor's Order dated July 20, 2026, which directs the parties to "file a joint status report by August 25, 2026, 2026." The parties also write to jointly request a 90-day extension on the fact and expert discovery deadlines to allow for both parties to continue the discovery collection and review process they are actively conducting.

## I. Discovery Status Report

The parties last updated the Court on discovery on July 20, 2026. *See* ECF No. 32. The following discovery developments occurred since then.

**Defendant's Production of Documents and Ongoing Review**. Defendant served the second and third of its rolling productions of documents in the possession of the FBI on July 29 and August 11, respectively. These productions total approximately 2,000 pages of documents and several audio files.

**Plaintiff's Production Of Documents**. Plaintiff has completed its collection of a large amount of ESI from its accounts and is working with an e-discovery vendor to process this data. Due to the amount of data collected, Plaintiff is working with the vendor to create a set of search terms, date ranges, and sender/recipient criteria for Defendant's review and consent in order to cull the set to a manageable size for attorney review. Plaintiff is currently working to create and refine these search criteria and expects to provide them to Defendant this week. No further productions have been made since the parties' last status report.

**Michael Hlady's Devices**. Plaintiff received Mr. Hlady's laptop from the U.S. Probation Office for the District of Rhode Island pursuant to a subpoena. Plaintiff has retained a forensic consultant to access and image the contents of the laptop for review. This process has not yet

been completed. Depending on the size and type of data, Plaintiff may propose additional search terms, date ranges, or other criteria for review. Defendant has requested that Plaintiff provide this Office an image of the contents of Mr. Hlady's laptop. Plaintiff has objected to this request, and the parties intend to meet-and-confer concerning this dispute.

As for the contents of Mr. Hlady's cell phones in the FBI's possession, this Office has attempted to contact Mr. Hlady to obtain his consent to review the contents of his cell phones. On July 22, 2026, this Office contacted Mr. Hlady's criminal counsel to request that he facilitate obtaining Mr. Hlady's search consent. After several communications with counsel in which he indicated he could facilitate obtaining Mr. Hlady's consent, counsel stated on July 30, 2026, that Mr. Hlady "informed me that he should be contacted directly with any requests." This Office then attempted to contact the employee at FCI Miami whom the U.S. Probation Office for the District of Rhode Island had previously contacted regarding Mr. Hlady's laptop. That person has not responded to this Office's outreach. This Office will continue to follow-up with her to facilitate obtaining Mr. Hlady's search consent.

## II. Joint Request To Extend Discovery Deadlines

Given the outstanding discovery collection and review both parties are actively conducting, the parties respectfully request that the Court extend the fact and expert discovery deadlines by ninety days. Granting that request would extend the fact discovery deadline from September 8 to December 7, 2026; and the expert discovery deadline from November 12, 2026 to February 11, 2027. This is the parties' second joint request to extend the fact discovery deadlines. The Court granted the parties' first joint request. *See* Minute Entry dated May 28, 2026.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *_/s/ Justin S. Kirschner_*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov

cc (via ECF): All counsel of record.