MSS Meister Seelig & Schuster

Stephen B. Meister
Direct (212) 655-3551
Fax (646) 539-3651
*sbm@mss-pllc.com*

October 9, 2026

By ECF
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Nerayoff v. United States*, No. 25-cv-2012 (PKC) (JAM)

Dear Judge Marutollo:

We represent Plaintiff Steven Nerayoff in this action against Defendant United States of America under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2674-2690 ("FTCA"). The parties write in accordance with Your Honor's Order dated October 7, 2026, directing the parties to submit a joint status report by October 9, 2026. The parties apologize to the Court for inadvertently failing to file this joint status report by October 6, 2026.

**Discovery Status Report**

The parties last updated the Court on discovery on August 25, 2026. *See* ECF 33. The following discovery developments occurred since then.

**Plaintiff's Production of Documents and Ongoing Review**.

Plaintiff has proposed a set of search terms, date ranges, and sender/recipient criteria to Defendant to govern review of Plaintiff's ESI that has been collected and processed by an e-discovery vendor. Defendant has indicated agreement with the majority of the proposed criteria and the parties have conferred concerning refinements proposed by Defendant. Plaintiff anticipates the parties will be able to reach agreement as to any outstanding issues, and is reviewing the results of search criteria already agreed to by Defendant.

**Michael Hlady's Devices**

Plaintiff proposed an initial set of search terms to be used for the data on the laptop of Michael Hlady that was obtained from the U.S. Probation Office for the District of Rhode Island pursuant to subpoena. The laptop has been imaged by Plaintiff's forensic consultant and its data has been sent to Plaintiff's e-discovery vendor, but it is not accessible to Plaintiff's counsel unless 'promoted' to the review platform used by reviewing attorneys. The parties have agreed that any

material so ‘promoted’ will be produced by Plaintiff. Plaintiff is preparing a production of 1,279 documents which were ‘promoted’ as a result of its initial set of search terms.

As for the contents of Mr. Hlady’s cell phones in the FBI’s possession, Defendant’s counsel made contact with an FCI Miami official, who relayed that Mr. Hlady does not consent to the FBI reviewing the contents of his cell phones. The parties will discuss a path forward regarding this aspect of discovery.

**Third-Party Subpoena**

With notice to Defendant, Plaintiff has served a third-party subpoena to testify and produce documents on a witness located in Seattle, Washington and is attempting to procure the witness’s voluntary compliance. Plaintiff intends to seek an order from the U.S. District Court for the District of Washington if the witness does not voluntarily comply.

The parties thank the Court for its consideration of this submission.

Respectfully submitted,

*/s/ Stephen B. Meister*
Stephen B. Meister